FILED ___ ENTERED
___ LODGED ___ RECEIVED

APR 22 2010

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

1  SAMUEL J. STEINER
   U.S. Bankruptcy Judge
2  315 Park Place Building
   1200 Sixth Avenue
3  Seattle, WA  98101

4  (206) 553-1628

5

6         IN THE UNITED STATES BANKRUPTCY COURT FOR THE
           WESTERN DISTRICT OF WASHINGTON, AT SEATTLE
7

8  In re                              )  BANKRUPTCY NO. 07-13059-SJS
                                      )
9  MILA, INC.,                        )
   d/b/a Mortgage Investment Lending  )
10 Associates,                        )  ADVERSARY NO. 08-01211-SJS
                  Debtor.             )
11                                    )
   GEOFFREY GROSHONG, chapter 11      )
12 trustee for MILA, INC.,            )
                                      )
13            Plaintiff,              )
       vs.                            )
14                                    )
   LAYNE E. SAPP and the marital      )   10-CV-00587-ORD
15 community composed of Layne E.     )
   Sapp and Cari Sapp; NEXT ONLINE    )
16 MORTGAGE TECHNOLOGIES, INC., a     )
   Washington corporation; LIMA       )
17 SIERRA LLC, a Washington limited   )
   liability company; DESTINY         )
18 LEASING LLC, a Washington limited  )
   company; CRS FINANCIAL, LLC., a    )
19 Washington limited liability       )
   company; CRS FINANCIAL II, LLC, a  )
20 Washington limited liability       )
   company; and CRS FINANCIAL III,    )
21 LLC, a Washington limited          )  ORDER WITHDRAWING
   liability company;                 )  REFERENCE
22                                    )
              Defendants              )
23

24

25     This matter having come before the undersigned District Court

26 Judge on the Motion of a Bankruptcy Judge to Withdraw the Reference

ORDER WITHDRAWING REFERENCE - 1

of this adversary proceeding for the purpose of conducting a jury trial; and the Court having considered the matter; now therefore, it is

ORDERED that the reference of the above captioned adversary proceeding to the Bankruptcy Court of this District is hereby withdrawn.

DATED at Seattle, Washington, this 22nd day of April, 2010.

_____
United States District Court Judge

ORDER WITHDRAWING REFERENCE - 2